**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1604**

LEAMON BRADLEY TODD, a/k/a Bradley Todd,

             Plaintiff - Appellant,

       v.

GENEVA CONVENTION, THE; RENAISSANCE INNS; ABA MARSHAN MODELS;
VENUS ENTERPRISES,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(3:08-cv-00660-MBS)

Submitted:  June 26, 2008          Decided:  July 1, 2008

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Leamon Bradley Todd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leamon Bradley Todd appeals the district court's order denying relief on his civil complaint for damages. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Todd that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Todd failed to object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Todd has waived appellate review by failing to timely file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED